# EXHIBIT 1

Honorable James L. Robart
United States District Judge,

First I am compelled to make a few apologies before this court today. As a result of my uncharacteristic behavior, several innocent people and organizations were negatively impacted. I feel that it is extremely important to address these individuals/organizations prior to making my statement.

Mr. Behanie Kifle; I would like to express my deepest and most sincerest apologies to you and your family. During these past 16 months; I have thought a lot about my actions that night, and the impact that it has had on you all. I want you to know that the person you met that evening is not my true character. It was of a broken desperate man that was not clearly thinking of his actions. I usually am not a violent person. I mean you, your family, and the East African community for that matter, no harm. I understand that most of the East African community has fled their home countries, and come to America to avoid crime and other forms of violence. I hope that I did not jeopardize that dream for you. I am truly sorry that our paths crossed during that unfortunate night. I am also extremely sorry to the employees of Dahabshil.

To the hard working men and women of the FBI. I also want you to know that I am truly sorry for my actions that evening. Unlike what some of the statements you have received; I have never claimed to be or pretended to be a Federal Agent with your organization to anyone in my neighborhood, or social circle. I have great respect for the Law Enforcement Community as a whole. I had the distinct honor and privilege of supporting the Seattle Field Office for nearly 6 years. To those who work there today that was there during my tenure; I am sorry that I may have tarnished any positive images that you may have had of me.

Last I want to apologize to my two beautiful daughters; S███████ and G███ Fisher. As a father, I am supposed to set the example and not be the example. I am supposed to show you right from wrong. I have failed you in both of these categories. I allowed a negative situation to break my moral compass. This has gone against everything that I have ever taught you girls. It truly breaks my heart that I have not been there for you in the way that I should have been. Having grown up with an abusive dad, I always wanted you both to know that your dad cared about you, and was there for you regardless of the situation. You have always been and will always be my world. I love you.

Your Honor; I am a good man. A good man that made a very bad mistake. I am not a violent man. I have never been in any altercation. I fully accept responsibility for my actions. The mistakes I made were wrong. I hurt innocent victims to include my family. I deeply regret my actions. Again, anyone that knows me, knows how uncharacteristic this was of me.

I would like to provide you with a little background as to the real Steven W. Fisher.

I was born and raised in Kirkland, WA. by my Mother and Step dad. My parents had separated when I was roughly in the 5th grade. Their separation was extremely rough on me as a child. My biological father was both physically and emotionally abusive to my brother and I. My Mother and Step dad did a good job teaching us boys to grow up and be good responsible men. I graduated from high school on time and attended community college locally.

For the past 25 years, I have spend my entire work career in commercial facilities/project management. I have held positions at some pretty prestigious places. As mentioned earlier, I supported the FBI's Seattle Field Office for nearly 6 years, and supported this very United States Federal Courthouse. I later moved to on to Microsoft and then Boeing..

When I got married in 2004, like most young adults, I anticipated a life time of love and commitment. Unfortunately for us; it didn't work out. The girls were roughly the age that I was when my parents decided to divorce, and I recalled the impact it had on me and my brother. I didn't want to get into the "smear tactics" that so many divorces go thru these days. I tried to treat it like a project, and present "facts and data" to support my side. Despite my efforts; I was unable to avoid these tactics which were being used by my wife's legal team. I went from seeking custody; to battling just to be able to see my girls on a regular basis. The financial and emotional strain felt at times insurmountable. I couldn't afford to pay for both my house and legal fees. I had to choose one. I chose my girls. Once it became evident that the divorce was finalizing ... I was desperate to save my house. Unemployed and broken; I regrettably did what I did.

As stated to Mr. Kifle, I've had the opportunity to reflect a lot on this past couple of years and the actions displayed during that time. That broken, depressed person is long behind me. I am not the "typical" person in our prison systems. I have a tremendous amount of applicable job skills that I can capitalize on moving forward.

Prior to being incarcerated; I was in the process of establishing my own business. Accudrone. I finalizing all the paperwork to legally operate in the state of Washington. I put together marketing brochures, and sent them out to several potential customers. I had even had a meeting being scheduled with some representatives from the company that manages Microsoft. I wanted to combine my experience in Facilities Management and Drone technology. Offering "building inspections" to building owners. Looking for "structural" issues. I have contacted Law Enforcement and Search and Rescue groups to help with their efforts. I have also contacted various other local, state, federal government offices in surveying infrastructure. My main target was "telecommunication" companies and inspecting their communication towers. On average 18 people die each year as a result of climbing these towers. I can do it 100% safer and 80% faster. We have only begun to understand drones, and their uses with in our society.

These past 16 months or so have been extremely difficult not seeing my girls, and I am anxious to return to their lives. It is clear to me that they need their Dad back in their lives. I want desperately to right the wrong that I have done with them and with this crime. Again, the person standing before your court is not the person who committed these crimes. I sincerely and deeply regret and apologize to the court, Mr. Kifle, the FBI, and my family. I can only ask for leniency in your sentencing.

Respectfully,
Steven W. Fisher