The Honorable James L. Robart

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> STEVEN FISHER, <br><br> Defendant. | NO. CR17-282-JLR <br><br> [PROPOSED] ORDER TO SEAL |

Having read the Government's Motion to Seal and because of the sensitive information contained within Exhibit 1 to the United States' SENTENCING MEMORANDUM;

It is hereby ORDERED that Exhibit 1 to the United States' SENTENCING MEMORANDUM shall remain sealed.

DATED this 27th day of November, 2018.

JAMES L. ROBART
United States District Judge

Presented by:

*s/ Rebecca S. Cohen*
REBECCA S. COHEN
Assistant United States Attorney

ORDER TO SEAL
*U.S. v. Fisher* CR17-282 JLR - 1