THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR17-282JLR |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER GRANTING EX PARTE ) MOTION TO WITHDRAW AND FOR ) APPOINTMENT OF CJA COUNSEL |
| STEVEN FISHER, | ) |
| Defendant. | ) |

THIS COURT has reviewed the *ex parte* motion by Assistant Federal Public Defender Nancy Tenney for withdrawal and substitution of CJA counsel, and has reviewed the records and files herein.

IT IS NOW THEREFORE ORDERED that the Federal Public Defender is allowed to withdraw as counsel for Steven Fisher based on a conflict of interest. The CJA Administrator is directed to immediately appoint substitute counsel for Mr. Fisher.

DONE this 2nd day of June, 2020.

*[signature]*

The Honorable James L. Robart
U.S District Court Judge

Presented by,
s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Steven Fisher

ORDER GRANTING EX PARTE
MOTION TO WITHDRAW AND
FOR APPOINTMENT OF CJA COUNSEL
(*Steven Fisher*; CR17-282JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100