UNITED STATES DISTRICT COURT
FOR THE __Western__ DISTRICT OF __Washington__

UNITED STATES OF AMERICA

v.

__STEVEN W. FISHER__

Case No. __CR17-282JLR__

ORDER ON MOTION FOR
SENTENCE REDUCTION UNDER
18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motion is DENIED after complete review of the motion on the merits. FACTORS CONSIDERED: Defendant's current age - 46 years old; current COVID-19 conditions at the BOP facility where Defendant is in custody; Defendant's health including his mild obesity and history of smoking; Defendant's illegal conduct including impersonating a Federal law enforcement officer ("FBI Agent Jack Ryan") to steal from immigrant small business owners; Defendant's original sentence and time in custody; and Defendant's threat to the safety of the community.

IT IS SO ORDERED.

Dated: November 10, 2020.

Hon. James. L. Robart
United States District Judge