UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>STEVEN W. FISHER,<br><br>　　　　　　　　Defendant. | CASE NO. CR17-0282JLR<br><br>ORDER |

Before the court is Defendant Steven W. Fisher's motion for early termination of probation or supervised release. (Mot. (Dkt. # 74).) Plaintiff the United States of America (the "Government") opposes the motion in part because Mr. Fisher has not complied with his restitution obligations. (Resp. (Dkt. # 76) at 3.) The Government represents that Mr. Fisher ceased making restitution payments in spring 2023 and that he made no further payments for at least several months. (*Id.*) According to United States Probation and Pretrial Services, Mr. Fisher "has been sporadic" in making payments toward his restitution and has paid only $12,875 of the $125,000 restitution owed since

ORDER - 1

he began his term of supervised release in November 2021.  (Probation Resp. (Dkt. # 77 (sealed)) at 1-2.)

In light of the foregoing, the court ORDERS Mr. Fisher to show cause, by no later than **January 17, 2024**, why the court should not deny his motion for early termination probation or supervised release for failure to comply with his obligation to pay restitution.  Mr. Fisher's response shall be limited to 3,000 words in length.  The Clerk is DIRECTED to renote Mr. Fisher's motion (Dkt. # 74) for January 17, 2024.

Dated this 8th day of January, 2024.

JAMES L. ROBART
United States District Judge