JUDGE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-282-JLR |
| Plaintiff, | |
| v. | (~~PROPOSED~~) ORDER GRANTING RENEWED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| STEVEN W. FISHER, | |
| Defendant. | |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release (Dkt. # 74), and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Fisher's supervised release is warranted by the conduct of Mr. Fisher and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Fisher shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.  Dated this 17th day of January, 2024.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER GRANTING RENEWED MOTION
FOR EARLY TERMINATION OF SR
(*U.S. v. Fisher*, CR17-282-JLR)  - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by:

s/ *Nancy Tenney*
Assistant Federal Public Defender
Attorney for Steven Fisher

ORDER GRANTING RENEWED MOTION
FOR EARLY TERMINATION OF SR
(*U.S. v. Fisher*, CR17-282-JLR)   - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100